**Thomas A. HOLLEY, In the matter of: Realy Novalla White: Deceased, Plaintiff—Appellant,**

v.

**Michael J. McARTHUR, Superior Clerk of Court; Blair Funeral Service; Jessie Holley, Defendants—Appellees.**

No. 10–1295.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 26, 2010.

Thomas A. Holley, Appellant Pro Se. Robert L. O'Donnell, Vandeventer Black, LLP, Norfolk, Virginia, for Appellee; Jessie Holley, Appellee Pro Se.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas A. Holley appeals the district court's order dismissing his civil complaint for lack of personal jurisdiction and improper venue. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Holley v. McArthur,* No. 3:10–cv–00001–REP (E.D.Va. Feb. 25, 2010). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*